IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. OSCAR ORTEGA,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Oscar Ortega, date of birth January 2, 1974, before a United States Magistrate Judge, Tuesday, September 9, 2008, at 1:30 p.m. for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _____ day of _____, 2008.

    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO