**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  08-cr-00307-REB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  OSCAR ORTEGA,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE
ONLY AS TO DEFENDANT OSCAR ORTEGA**

---

**Blackburn, J.**

The matter before me is the **United States' Motion For Preliminary Order of Forfeiture Only as To Defendant Oscar Ortega** [#364] filed July 24, 2009.  After careful review of the motion and the file, I find that the United States and the defendant, Oscar Ortega, entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and that prior to the disposition of the asset, the United States is required to seize the forfeited and to provide notice to third parties pursuant to 21 U.S.C. § 853(n), and I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **United States' Motion For Preliminary Order of Forfeiture Only as To Defendant Oscar Ortega** [#364] filed July 24, 2009, is **GRANTED**;

    2.  That defendant Oscar Ortega's interest in the following property is forfeited to

the United States in accordance with 21 U.S.C. § 853:

    a.    $133,991.00 in United States Currency;

    b.    2005 Chevrolet Suburban, VIN 1GNFK16Z95J167130;

    c.    2007 black Pontiac G6, VIN 1G2ZF58B874200253;

    d.    one Glock .40 caliber handgun, serial no. ND316; and

    e.    one Ruger .22 caliber handgun, serial no. 223-67520;

3. That the United States Marshal Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

4. That the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

5. That on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated July 24, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge