# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00307-REB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. OSCAR ORTEGA,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER OR REDUCE SENTENCE

**Blackburn, J.**

    The matter is before me on the letter [#552][1] filed by the defendant pro se on September 26, 2011.[2] In his letter, which I construe as a motion, Mr. Ortega requests that, in essence, that I reconsider his sentence and that I reduce it. Because I lack jurisdiction to consider the request, I must deny it.

    The chronology of relevant events taken from the court's CM/ECF records is as follows. On April 2, 2011, Mr. Ortega filed a notice of disposition [#287]. In response, a change of plea hearing was conducted on April 17, 2009. Mr. Ortega was sentenced on July 24, 2009. Judgment was entered on July 27, 2009. No direct appeal was taken, and no motion to vacate under 28 U.S.C. § 2255 has been filed.

---

[1] "[#552]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because plaintiff is proceeding pro se, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. See *Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The time for reconsideration of the sentence under Fed. R. Crim. P 35 has long since passed. Absent a showing of the extraordinary circumstances required by law, the time for collateral attack of the sentence under 28 U.S.C. § 2255 has expired. Thus, I am without jurisdiction to consider or grant the relief requested now by Mr. Ortega. Thus, his motion must be denied.

**THEREFORE, IT IS ORDERED** the motion for reconsideration and reduction of sentence of the defendant [#552] filed September 26, 2011, is **DENIED**.[3]

Dated September 27, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[3] Even though I am required by law to deny Mr. Ortega's request that I reconsider and reduce his sentence, I compliment him on his efforts and accomplishments while in prison. I exhort him to keep up the good work.